*Mr. Clayton F. Jennings* for respondent.

No. 711. MAY, DOING BUSINESS AS GEORGE S. MAY CO., *v.* MULLIGAN. February 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Harry C. Howard* for petitioner.

No. 190. KELLY *v.* JOHNSTON, WARDEN. February 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Harry C. Kelly, pro se.*

No. 576. DE VEUVE, DOING BUSINESS AS SAN FRANCISCO UNDERWRITERS OF SAN FRANCISCO, ET AL. *v.* TARLETON ET AL. February 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Wallace Shepard* for petitioners. *Mr. James D. Meredith* for respondents.

No. 668. MANUFACTURERS TRUST CO. *v.* UNITED STATES. February 17, 1941. Petition for writ of certiorari to the Court of Claims denied. *Mr. Donald Marks* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *J. Louis Monarch* for the United States.

No. 674. SCIORTINO *v.* UNITED STATES. February 17, 1941. Petition for writ of certiorari to the Circuit Court